FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, a foreign insurance company,<br><br>  Plaintiff,<br><br>  v.<br><br>KIMBERLY QUARTARARO, an individual; VERNICE ZANCO and JOHN DOE ZANCO, individually and the marital community composed thereof; FRED ZANCO and JANE DOE ZANCO, individually and the marital community composed thereof; VERNICE ZANCO DBA ZANCO PROPERTIES, a Washington sole proprietorship; and NORTHWOOD PROPERTIES, LLC, a Washington limited liability company,<br><br>  Defendants. | No. 2:21-CV-00017-SAB<br><br>**ORDER OF DISMISSAL** |

  Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice or Costs under F.R.C.P. 41(a)(1)(A)(i), ECF No. 3. Plaintiff requests that the Court dismiss this case. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and as no

**ORDER OF DISMISSAL** * 1

party has filed an Answer in this case, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal Without Prejudice or Costs under F.R.C.P. 41(a)(1)(A)(i), ECF No. 3, is **accepted** and **entered into the record**.

2. This matter is **DISMISSED without prejudice** and without costs or attorney fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 5th day of April 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** * 2